**\*\* E-filed March 31, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PANTERRA NETWORKS, INC., | No. C10-01347 HRL |
| Plaintiff, | **ORDER REASSIGNING CASE TO A DISTRICT COURT JUDGE** |
| v. | |
| DOES 1–15, | |
| Defendants. | |

On March 30, 2010, plaintiff filed a Complaint for a Temporary Restraining Order, Preliminary and Permanent Injunctions, and Damages. (Docket No. 1.) Because plaintiff's complaint seeks immediate injunctive relief where no party has consented to magistrate jurisdiction, this court ORDERS the Clerk of the Court promptly to reassign this case to a district court judge. *See* 28 U.S.C. § 636.

Dated: March 31, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-01347 HRL Notice will be electronically mailed to:**

Daniel D. Harshman     dharshman@cozen.com, lcratic@cozen.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**