Daniel Harshman, Esq.(State Bar #177139)
COZEN O'CONNOR
777 South Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999
dharshman@cozen.com

Attorneys for Plaintiff,
PANTERRA NETWORKS, INC.

**IT IS SO ORDERED**
Judge James Ware
6/16/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PANTERRA NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 through 15, <br><br> Defendants | Case No.: CV10-01347-JW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 419(a)(1)(A)(i), Plaintiff, PANTERRA NETWORKS, INC., hereby gives notice that the above captioned case is voluntarily dismissed without prejudice against the Defendants. In accordance with Rule 41(a)(1)(A)(i), Plaintiff states that this Notice has been filed prior to service by the adverse party of an answer or a motion for summary judgment. The Clerk shall close this file.

Respectfully submitted,
COZEN O'CONNOR

Dated: June 10, 2010        By: _____
                               Daniel D. Harshman

                            Attorneys for Plaintiff,
                            PanTerra Networks, Inc.

1

LOS_ANGELES\160033\1   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)